No. 02–8955. HARRIS-PITTMAN *v.* NASH COUNTY DEPART-MENT OF SOCIAL SERVICES ET AL. Ct. App. N. C. Certiorari denied.

No. 02–8963. LEE *v.* ENGLISH ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–8964. SLATE *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–8966. SILER *v.* VAVROSKY. C. A. 9th Cir. Certiorari denied.

No. 02–8972. LOCKETT *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02–8976. LONGSTREET *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8978. MCQUEEN *v.* SAGINAW COUNTY, MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 02–8981. MILLER *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–8984. SWAFFORD *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–8986. MULLALLY *v.* CITY OF LOS ANGELES, CALIFOR-NIA. C. A. 9th Cir. Certiorari denied.

No. 02–8989. JOHNSON *v.* NORRIS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–8990. MCCOWAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–8992. SMITH *v.* SMITH. Ct. Civ. App. Okla. Certiorari denied.

No. 02–8994. SMITH *v.* POLUNSKY ET AL. C. A. 5th Cir. Certiorari denied.